```
                UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
```
United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

ENRIQUE GALAN,            )
                          )
v.                        )     No. CA B-01-209
                          )
JOHN ASHCROFT, UNITED STATES )
     ATTORNEY GENERAL.    )
_____)

### JOINT CASE MANAGEMENT PLAN

Come Petitioner and Respondent herein, by and through their respective counsel, and pursuant to Rule 26(f), Fed.R.Civ.Proc. respectfully file the instant Joint Case Management Plan:

#### A. CASE MANAGEMENT

1) Initial disclosures are due on or before April 18, 2002.

2) All discovery will be completed by July 18, 2002.

3) All dispositive motions will be filed by August 19, 2002.

4) Trial will commence as soon after October 18, 2002 as is convenient for the Court.

#### B. WITNESSES

In addition to Petitioner, the following witnesses are anticipated:

1) Clefoas Galan, mother of Petitioner, will testify as to her U.S. citizenship, and time spent in the U.S. prior to his birth.

2) Romualdo Lozano, will testify as to the mother's presence in the U.S. prior to Petitioner's birth;

3) Reyes Montemayor, will also testify as to the mother's presence

in the U.S. prior to Petitioner's birth; and

4) Saul Galan, Petitioner's father, may testify as to his wife's confusion as to dates, and poor memory.

### C. DOCUMENTS

The documents to be submitted are those attached to Petitioner's Petition for Review to the Fifth Circuit, which were obtained either from INS records, or from the Petitioner's mother, (except her earnings statement, which came from the Social Security Administration).

Respectfully Submitted,

Lisa S. Brodyaga, Esq.
Attorney for Petitioner
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Heather R. Phillips, Esq.
Attorney for Respondent
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Sta.
Washington, D.C. 20044
(202) 616-9343
(202) 616-4975 (fax)