UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENRIQUE GALAN | * |
| vs | *   CIVIL ACTION NO. B-01-209 |
| JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## INITIAL PRETRIAL CONFERENCE

April 18, 2002, 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE: Bentsen Tower, 8th Floor
1701 W. Business Highway 83
McAllen, Texas 78501
**(INSTEAD OF BROWNSVILLE)**

**BY ORDER OF THE COURT**

April 9, 2002

cc:   Counsel of Record