MAGISTRATE'S CIVIL MINUTES

HONORABLE **FELIX RECIO**, PRESIDING
DEPUTY CLERK Lupita Corbett
LAW CLERK    Ryan Byrd
ERO    Candy Jones
CSO    Web Ozuna
OPEN 2:06 PM    -    2:11 PM

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 18 2002

Michael N. Milby, Clerk of Court

DATE April 18, 2002

******************************************************************

CIVIL CASE NO. **B-01-209** (HGT)

ENRIQU GALAN                              §    Lisa S. Brodyaga, Atty
                                          §
vs.                                       §
                                          §
JOHN ASCROFT, U.S. ATTORNEY GENERAL       §    Heather R. Phillips, Atty

******************************************************************

**INITIAL PRETRIAL CONFERENCE**

Parties present and ready. Synopisis of the case made. Joint case managemtn plan has been filed. Scheduling Order to be issued. Court adjourned.