6

# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ENRIQUE GALAN | § | |
| VS | § | C.A. NO. B-01-209 |
| | | (Judge Tagle) |
| JOHN ASHCROFT, U.S. Attorney General | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __1__ days.      ☒ Bench   ☐ Jury

2. New parties must be joined by:      _May 1, 2002_
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:      _April 18, 2002_

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.      _May 18, 2002_

5. Discovery must be completed by:      _July 18, 2002_
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************** The court will provide these dates. ********************

6. Dispositive Motions will be filed by:      _August 19, 2002_

7. Joint pretrial order is due:      _October 18, 2002_
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:      _November 1, 2002_
   *The case will remain on standby until tried.*

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:      _N/A_
   *The case will remain on standby until tried.*

Signed _4-19-02_

_____
Felix Recio
United States Magistrate Judge