UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ENRIQUE GALAN                              *

VS.                                        *   CIVIL ACTION NO. B01-209

JOHN ASHCROFT, U.S. Attorney General       *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### DOCKET CALL & FINAL PRETRIAL

October 31, 2002, 1:30 p.m.
(reset from 11/01/02)

BEFORE THE HONORABLE U.S. DISTRICT JUDGE HILDA G. TAGLE

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 3rd Floor
         Brownsville, TX 78520

BY ORDER OF THE COURT

September 20, 2002

cc:   Counsel of Record