United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENRIQUE GALAN,            )
                          )   Civil Action No. B01-209
                          )
         Plaintiff,       )   Judge Hilda G. Tagle
                          )
    v.                    )
                          )
JOHN D. ASHCROFT,         )
                          )
         Defendant.       )
                          )

### DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE DEFENDANT'S PRETRIAL ORDER IN LIEU OF JOINT PRETRIAL ORDER

Defendant, through undersigned counsel, hereby moves the Court for leave to file Defendant's Pretrial Order in lieu of filing a Joint Pretrial Order with Plaintiff. As stated in the attached declaration, the request is for good cause.

Respectfully submitted,

BARRY J. PETTINATO
Attorney
Office of Immigration Litigation
Civil Division
Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-7742

Date: October 17, 2002        Attorney for Defendant

Galan v. Ashcroft
Civil Action B-01-209

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing *Defendant's Motion For Leave Of Court To File Defendant's Pretrial Order In Lieu Of Joint Pretrial Order* was served on Plaintiff's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on October 17, 2002, addressed to:

>Lisa Brodyaga
>17891 Landrum Park Road
>San Benito, Texas 78586

>_____
>BARRY J. PETTINATO
>Attorney

Galan v. Ashcroft
Civil Action B-01-209

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENRIQUE GALAN, | ) | Civil Action No. B01-209 |
| | ) | |
| Plaintiff, | ) | Judge Hilda G. Tagle |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN D. ASHCROFT, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BARRY J. PETTINATO IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE DEFENDANT'S PRETRIALORDER IN LIEU OF JOINT PRETRIAL ORDER**

I, Barry J. Pettinato, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the Office of Immigration Litigation, Civil Division, Department of Justice, Washington, D.C., and am representing the Defendant in this matter. This Declaration is submitted in support of Defendant's motion for leave of Court to file Defendant's Pretrial Order in lieu of a Joint Pretrial Order with Plaintiff.

2. Pursuant to the Court's April 19, 2002 Scheduling Order the Joint Pretrial Order is due for filing on October 18, 2002. I have never been contacted by Plaintiff's counsel,

Ms. Brodyaga, regarding the preparation of the Joint Pretrial Order.

    3.   On October 15, 2002, I drafted a proposed Joint Pretrial Order to present to Ms. Brodyaga.

    4.   On October 16, 2002 at approximately 11:00 a.m., I called Ms. Brodyaga's office to initiate the joint drafting process. I did not reach Ms. Brodyaga, rather I spoke with her answering service or someone in her office, who advised me that Ms. Brodyaga was out of the office for the rest of the week. I left a message with my telephone number and case name and was told that if Ms. Broddyaga called in for her messages, my message would be passed on to her.

    5.   To date, I have not been contacted by Ms. Brodyaga.

    6.   In order to comply with the Court's Scheduling Order, I am seeking leave of Court to file a unilateral

Pretrial Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 17, 2002

_____
BARRY J. PETTINATO
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-7742

Galan v. Ashcroft
Civil Action B-01-209

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing *Declaration Of Barry J. Pettinato In Support Of Defendant's Motion For Leave Of Court To File Defendant's Pretrial Order In Lieu Of Joint Pretrial Order* was served on Plaintiff's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on October 17, 2002, addressed to:

Lisa Brodyaga
17891 Landrum Park Road
San Benito, Texas 78586

_____
BARRY J. PETTINATO
Attorney

Galan v. Ashcroft
Civil Action B-01-209



U.S. Department of Justice

Civil Division

DVB:BJP:jdh
39-18-2757

Telephone: (202) 353-7742

October 17, 2002

**MAILED VIA FEDERAL EXPRESS**

Honorable Hilda G. Tagle, Clerk
United States District Court for the
  Southern District of Texas- Brownsville
U.S. District Court's Office
600 E. Harrison, #101
Brownsville, TX  78520

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

United States District Court
Southern District of Texas
RECEIVED

OCT 1 8 2002

HILDA G. TAGLE
UNITED STATES DIS-

Re:  Enrique Galan, v. John Ashcroft,
     Case No. B01-209 (S.D. Tx)

Dear Judge Tagle:

   Enclosed for filing in the above-captioned matter are the original and one (1) copy of the **Defendant's Pretrial Order,** the original and one (1) copy of the **Defendant's Motion for Leave of Court to File Defendant's Pretrial Order in Lieu of Joint Pretrial Order,** the original and one (1) copy of the **Declaration of Barry J. Pettinato in Support of Defendant's Motion for Leave of Court to File Defendant's Pretrial Order in Lieu of Joint Pretrial Order,** the original and four (4) copies of the **Defendant's Exhibit List,** and the original and one (1) copy of the **Defendant's Proposed Findings of Fact and Conclusions of Law.** A copy of these motions has been served upon the plaintiff's counsel as indicated in the Certificates of Service.

                                      Sincerely,

                                      BARRY J. PETTINATO
                                      Attorney
                                      Office of Immigration Litigation
                                      Civil Division
                                      P.O. Box 878, Ben Franklin Station
                                      Washington, D. C.  20044

Enclosures
cc:  Lisa Brodyaga
     17891 Landrum Park Road
     San Benito, TX  78586