

**U.S. Department of Justice**

Civil Division

DVB:BJP:bjp   Telephone: (202) 353-7742
39-32-1263

October 22, 2002

**MAILED VIA FACSIMILE & FEDERAL EXPRESS**

United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

Stella Cavazos, Case Manager
  for Judge Tagle
United States District Court for the
  Southern District of Texas
600 East Harrison, Suite #101
Brownsville, TX  78520-7114

   Re:  Enrique Galan, v. John Ashcroft,
        Case No. B01-209 (S.D. Tx)

Dear Ms. Cavazos:

   The above referenced matter is currently scheduled for a Pretrial Conference on October 31, 2002 at 1:30 p.m. Pursuant to Judge Tagle's "Civil Procedures" #20B, I am requesting to appear telephonically for the conference. Good cause exists for this request because of the significant distance, and travel time between Washington, D.C. and Brownsville, Texas. Specifically, the trip involves two days of travel, i.e., Wednesday and Friday, in order to appear before the Court on Thursday. If the court grants my request, I can be contacted at the time of the hearing at my direct number listed above (202 353-7742). Thank you for your consideration of this matter.

                         Sincerely,

                         BARRY J. PETTINATO
                         Attorney
                         Office of Immigration Litigation
                         Civil Division
                         P.O. Box 878, Ben Franklin Station
                         Washington, D. C.  20044

cc:  Lisa Brodyaga, Esq.
     17891 Landrum Park Road
     San Benito, TX  78586
     Attorney for Plaintiff