United States District Court
Southern District of Texas
FILED

OCT 22 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENRIQUE GALAN,                )
                              )
v.                            )   No. CA B-01-209
                              )
JOHN ASHCROFT, UNITED STATES  )
    ATTORNEY GENERAL.         )
_____)

**PLAINTIFF'S MOTION (ON WHICH DEFENDANT DECLINES TO TAKE A POSITION) FOR LEAVE TO FILE A LATE PRETRIAL ORDER**

Plaintiff Enrique Galan, (hereinafter "Mr. Galan"), through counsel, hereby requests leave to file a late proposed pretrial order, and in support of same, respectfully shows as follows:

As shown in the accompanying declaration of counsel, the undersigned failed to note the date of the joint pretrial order in her calendar. From Wednesday, October 16, 2002, through Friday, October 18, 2002, the undersigned was a panelist in various workshops on immigration law held in Pasadena, California. At the time she departed, on Tuesday afternoon, October 15, 2002, there had been no contact or messages from counsel for Defendant, for several weeks. [1] Because of complications resulting from airline maintenance problems, counsel did not return to the Valley until almost midnight, on Sunday, October 20, 2002. The following day, she found a message, and fax, from Mr. Pettinato.

Early on the morning of October 22, 2002, she called Mr. Pettinato, and discussed the problem with him. The undersigned took full

---

[1] Since Mr. Pettinato took over responsibility for the case, there had been several communications between the parties, related to the government's discovery of Mr. Galan's immigration file. Said file was apparently in the possession of the government in January, 2001, when INS "rejected" Mr. Galan's N-600 (application for certificate of citizenship), but was misplaced approximately when he filed his petition for review, and only located recently.

responsibility for the error, and asked whether the government would oppose the instant motion for leave to file Plaintiffs' proposed pretrial order out-of-time. After consultation with his superiors, Mr. Pettinato stated that the government declined to take a position on the matter, and that the undersigned should state that the instant motion was neither opposed, nor unopposed.

The undersigned also inquired whether the government would be amendable to working out a joint pretrial order, and filing a joint motion for leave to file said pleading out of time. Mr. Pettinato stated that the government was unwilling to do so. Therefore, Plaintiff seeks leave to file Plaintiff's proposed pretrial order.

Respectfully Submitted,

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Federal ID: 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I certify that copies of the foregoing, Declaration of Counsel, and proposed Order, were mailed, first-class postage prepaid, to Barry Pettinato, Attorney, Box 878, Ben Franklin Sta., Wash., D.C. 20004, on October 22, 2002.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENRIQUE GALAN, )
)
v. )   No. CA B-01-209
)
JOHN ASHCROFT, UNITED STATES )
ATTORNEY GENERAL. )
_____)

DECLARATION OF COUNSEL IN SUPPORT OF
PETITIONER'S MOTION (ON WHICH RESPONDENT DECLINES TO TAKE A
POSITION) FOR LEAVE TO FILE A LATE PRETRIAL ORDER

I, Lisa S. Brodyaga, declare under penalty of perjury as follows:

As counsel for Plaintiff Enrique Galan, it was my responsibility to ensure that the Joint Pretrial Order was timely filed on October 18, 2002. However, due to an oversight on my part, this fact was not noted in my calendar. I had not noticed this error on the afternoon of Tuesday, October 15, 2002, when I left for Pasadena, California, where I participated in various immigration law workshops. Nor had I received any communications from opposing counsel with respect thereto. As a result, the error first came to my attention when I returned to the office on Monday, October 21, 2002. Because I had two other pleadings with filing deadlines on that date, I did not reach the matter until this morning.

When I arrived at this office this morning, October 22nd, I immediately called Barry Pettinato, who is currently representing the Defendant herein. I told him that I took full responsibility for the error, and attempted to find a mutually agreeable solution. Mr. Pettinato stated that his office would not take a position on a motion seeking leave to file a proposed pretrial order on behalf of Mr. Galan, and that I should represent to the Court that such a motion was neither opposed, nor unopposed. I also suggested that we attempt to reach agreement on a pretrial order, and file a joint motion, seeking leave to file the proposed joint order out-of-time. He declined this suggestion.

Further declarant sayeth not.

_____
Lisa S. Brodyaga
October 22, 2002