IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **ENRIQUE GALAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION B-01-209 |
| § | |
| § | |
| **JOHN D. ASHCROFT,** § | |
| § | |
| Defendant. § | |

## Order

BE IT REMEMBERED that on October 23, 2002, the Court considered all pending motions. Defendant's Motion For Leave Of Court To File Defendant's Pretrial Order In Lieu Of Joint Pretrial Order [Dkt. No. 8] is **DENIED**. Similarly, Plaintiff's Motion For Leave To File Plaintiff's Pretrial Order [Dkt. No. 11] is **DENIED**. On or before Monday October 28, 2002, at 2:00 p.m., the parties will meet and confer and file a Joint Pretrial Order as required by the Chambers' Civil Procedure Manual Section 8: Required Pretrial Materials.

Defendant's Request To Appear Telephonically At The Pretrial Conference [Dkt. No. 10] is **GRANTED**. The Pretrial Conference is rescheduled for Thursday October 31, 2002, at 10:00 a.m. central standard time. The case manager will initiate the call.

Done at Brownsville, Texas, this 23rd day of October, 2002.

Hilda G. Tagle
United States District Court Judge