*16*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ENRIQUE GALAN                        §
                                     §
*versus*                             §        CIVIL ACTION  B-01-209
                                     §
JOHN ASHCRAFT, ET AL                 §

United States District Court
Southern District of Texas
ENTERED

## ORDER

NOV 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.    Bench Trial is set for **November 20, 2002 at 9:00 a.m.**
      *The case will remain on standby until tried.*

Signed ___November 4___, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge