UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 18 2002

Michael N. Milby
Clerk of Court

ENRIQUE GALAN, )
            ) Civil Action No. B01-209
            )
  Plaintiff, )  Judge Hilda G. Tagle
            )
v. )
            )
JOHN D. ASHCROFT, )
            )
  Defendant. )

### NOTICE OF ENTRY OF APPEARANCE

Please take notice that Christine A. Bither, Senior Litigation Counsel with the Office of Immigration Litigation, Civil Division, Department of Justice, Washington, D.C., will be representing the Defendant in this matter along with lead counsel, Barry J. Pettinato.

Dated: November 18, 2002

*Christine Bither*
CHRISTINE A. BITHER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 514-3567

Galan v. Ashcroft
Civil Action B-01-209

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing *Notice of Entry of Appearance* was served on Plaintiff's counsel by facsimile and by placing the same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on November 18, addressed to:

Lisa Brodyaga
17891 Landrum Park Road
San Benito, Texas 78586

*Christine Bither*
CHRISTINE A. BITHER
Senior Litigation Counsel

Galan v. Ashcroft
Civil Action B-01-209