**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

ENRIQUE GALAN,                    )
                                  )
v.                                )    No. CA B-01-209
                                  )
JOHN ASHCROFT, UNITED STATES      )
    ATTORNEY GENERAL.             )
_____)

**NOTICE OF APPEARANCE OF ATTORNEY THELMA O. GARCIA**

Attorney Thelma O. Garcia, hereby enters her appearance as co-counsel in the above-captioned case.

Respectfully Submitted,

Thelma O. Garcia
301 E. Madison
Harlingen, Texas 78550
(956) 425-3701

Federal ID. 3449
Texas Bar No: 07646600

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Barry Pettinato, Attorney, Box 878, Ben Franklin Sta., Wash., D.C. 20004, on November 19, 2002.