# Civil Courtroom Minutes

19

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Henri Nicolas    ☐ Christian Levesque |
| DATE | 11 — 20 — 02 |
| TIME | 9:30 a.m. — 11:30 a.m. |
| | 1:50 p.m. — 5:00 p.m. |
| CIVIL ACTION | B — 01 — 209 |
| STYLE | Enrique Galan *versus* John Ashcroft, United States Attorney General |

United States District Court
Southern District of Texas
FILED

**NOV 2 0 2002**

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) **1st Day – Evidentiary Hearing**            (Court Reporter: Breck Record)

Plaintiff's Attorney: Lisa Brodyaga, Thelma Garcia

Defendant's Attorney: Barry J. Pettinato, Christine A. Bither

---

All parties appeared and announced ready. Judy Hawks sworn as Interpreter. Petitioner's witnesses Rumaldo Lozano, Saul S. Galan, Reyes Montemayor and Cleofas G. Galan sworn. Opening statements made. Plaintiff's exhibits 1-4 admitted without objection; Defendant's exhibits 1-6 admitted without objection. Plaintiff's witness Reyes Montemayor called to testify. Recess taken.

Trial resumed. Ms. Brodyaga requested to use Mr. Montemayor's deposition taken in May, 2002 because she feels that his memory has declined since the deposition. Govt. is surprised by this late request and would prefer to cross-examine the witness. The Court will allow the Defendant to cross-examine the witness. Witness Reyes Montemayor called and continued testifying. Plaintiff's witness Rumaldo Lozano Flores, Saul S. Galan and Cleofas Galan testified.

Court recessed for the evening and will resume on November 21, 2002 at 9:00 a.m.