| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Enrique Galan versus John Ashcroft | CASE NO. B: 01-209 CA: |
|---|---|
| Judge Hilda G. Tagle | Witness List<br>Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiffs | Proceeding: Bench Trial   Date: 11/20/02 |

United States District Court
Southern District of Texas
FILED
NOV 20 2002
Michael N. Milby, Clerk of Court

1. Reyes Montemayor - Gonzalez

2. Romualdo Lozano - Flores

3. Saul Galan

4. Cleofas Galan

5.

6.

7.

8.

9.

10.