21

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Enrique Palan versus John Ashcroft  Judge Hilda G. Tagle | CASE NO. CA: B:01-209  Exhibit List  Case Manager: Stella Cavazos  Court Reporter: Breck |
|---|---|
| List of Plaintiff | Proceeding Bench Trial   Date 11/20/02 |

United States District Court
Southern District of Texas
FILED
NOV 20 2002
Michael N. Milby, Clerk of Court

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Social Security Card of Clelia Cleofas Gonzalez | ✓ | |
| 2 | Union Withdrawal Card of Clefia (sic) Gonzalez | ✓ | |
| 3 | Texas Unemployment Compensation Card of Clelia Gonzalez | ✓ | |
| 4 | Social Security Printout of Celia Gonzalez | ✓ | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |