22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

NC  NOV 1 9 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ENRIQUE GALAN, | ) | Civil Action No. B01-209 |
| | ) | |
| Plaintiff, | ) | Judge Hilda G. Tagle |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN D. ASHCROFT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Christine A. Bither, Senior Litigation Counsel with the Office of

Immigration Litigation, Civil Division, Department of Justice, Washington, D.C., will be

representing the Defendant in this matter along with lead counsel, Barry J. Pettinato.


Dated:  November 18, 2002

*Christine Bither*

CHRISTINE A. BITHER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 514-3567


Galan v. Ashcroft
Civil Action B-01-209

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing *Notice of Entry of Appearance* was served on

Plaintiff's counsel by facsimile and by placing the same in the United States Department of Justice

mailroom for same day mailing, postage prepaid, on November 18, addressed to:


Lisa Brodyaga
17891 Landrum Park Road
San Benito, Texas 78586


CHRISTINE A. BITHER
Senior Litigation Counsel


Galan v. Ashcroft
Civil Action B-01-209