# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Henri Nicolas    ☐ Christian Levesque |
| DATE | 11 — 21 — 02 |
| TIME | 9:30 a.m. — 11:35 a.m. |
| | 1:35 p.m. — 2:45 p.m. |
| CIVIL ACTION | B — 01 — 209 |
| STYLE | Enrique Galan *versus* John Ashcroft, United States Attorney General |



United States District Court
Southern District of Texas
FILED

NOV 21 2002

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   **2nd Day – Evidentiary Hearing**             (Court Reporter: Breck Record)

Plaintiff's Attorney: Lisa Brodyaga, Thelma Garcia

Defendant's Attorney: Barry J. Pettinato, Christine A. Bither

---

All parties appeared. Alma McLeroy sworn as Interpreter. Petitioner's witness Cleofas Galan continued testifying. Testimony concluded. Parties rest and closed.

Closing arguments to begin at 1:30 p.m. today. Interpreter excused.

All parties present. Closing arguments had.

*Ruling*: **The Court finds that the Plaintiff has carried its burden of proof by a preponderance of the evidence and has established by credible evidence that prior to his birth on December 12, 1955, his mother, Cleofas Galan, was physically present in the United States for a period or periods totaling not less than ten years and at least five of which were after March 25, 1943, when she attained the age of fourteen years.** Order to be submitted.

Defendant's oral motion to substitute photocopies of original exhibits 1-6 granted without objection.

Court adjourned; exhibits secured.