# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 10 / 31 / 02 |
| TIME | 10:10 a.m. — 11:00 a.m. |
| CIVIL ACTION | B - 01 - 209 |
| STYLE | GALAN versus ASHCROFT |

United States District Court
Southern District of Texas
FILED
OCT 31 2002
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Final Pretrial Hearing:   (Rptr. Breck Record)

Lisa Brodyaga     for   ■ Ptf. # _____   ☐ Deft. # _____
Barry Pettinato   for   ☐ Ptf. # _____   ■ Deft. # _____

1. The parties explained the nature of the case.
2. The Court Overruled Plaintiff's objections to the transcripts of the 1969 hearing.
3. The Court Ordered the government to obtain the Alien File for all of Mr. Galan's siblings and produce them to the Plaintiff.
4. The Court found that the Plaintiff bears the burden of proof at trial.
5. The Court will fax a scheduling order to the parties once the Court determines a date for the hearing.