UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

ENRIQUE GALAN,                )
                              )
v.                            )     No. CA B-01-209
                              )
JOHN ASHCROFT, UNITED STATES  )
    ATTORNEY GENERAL.         )
_____)

PLAINTIFF'S BILL OF COSTS

Plaintiff Enrique Galan, through counsel, pursuant to 28 U.S.C. §1920, and in light of the Court's disposition of this case in his favor on November 21, 2002, hereby submits the instant request that costs be taxed to Defendant. To that end, he submits a Bill of Costs, which were both reasonable and necessary, and requests that Defendant be ordered to reimburse him for same.

1.  Cost of interpreter, November 20 and 21, 2002         $1,012.50
        (bills attached)

2.  Witness fees and mileage (@ $.365) for depositions,[1]
        May 23 and 24, 2002, in Brownsville, Texas):
    a.  Cleofas Galan, (one days, 82 miles)   $40 + 29.93    $69.93
    b.  Saul Galan, (one day, 82 miles) $40 + 29.93           69.93
    c.  Romualdo Lozano (one day, 55 miles) $40 + 20.08       60.08
    d.  Reyes Montemayor (one day, 85 miles) $40 + 31.03      71.03

3.  Witness fees and mileage for trial:
    a.  Cleofas Galan, (two days, 164 miles) $80 +59.86      139.86
    b.  Saul Galan, (one day, 82 miles) $40 + 29.93           69.93
    c.  Romualdo Lozano (one day, 55 miles) $40 + 20.08       60.08
    d.  Reyes Montemayor (one day, 85 miles) $40 + 31.03      71.03

                                    Subtotal:   $611.87
                        TOTAL:                $1,624.37

---

[1] Note: All four witnesses appeared for depositions, pursuant to subpoenas issued by Defendants. However, witness fees and mileage were not tendered at that time, and have not been paid. These amounts may either be sent directly to the witnesses, or paid through Plaintiff, who will ensure that they reach the witnesses. At trial, the witnesses appeared pursuant to subpoenas issued by the Plaintiff, Mr. Galan, who was responsible for fees and milage.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Federal ID: 1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachments and proposed Order, were mailed, first-class postage prepaid, to Barry Pettinato, Attorney, Box 878, Ben Franklin Sta., Wash., D.C. 20004, on December 19, 2002.

*[signature]*
_____

**Davila & Associates, Inc.**
4900 North 23rd Street
McAllen, TX 78504
USA

Voice: (956) 630-1995
Fax: (956) 682-1739
Email: info@translateservices.com

**Invoice**

Invoice Number
783

Invoice Date
November 22, 200

Sold To: Lisa S. Brodyaga

17891 Landrum Park Road
San Benito, TX 78586

956-421-3226

Please make necessary corrections to Contact Name, Address, and Phone Number.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1741 | | Payment due upon receipt |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | 11/20/02 - Interpreting Services Rendered | | |
| | Cause #: 01-CV-209 | | |
| | Style: Enrique Galan | | |
| | VS | | |
| | John Ashcroft, US Attorney General | | |
| | Plaintiff Atty: Lisa Brodyaga | | |
| | Interpreted for: Reyes Montemayor-Gonzalez | | |
| | Romualdo Lozano-Flores | | |
| | Saul Galan | | |
| | Cleobas Galan | | |
| 8.000 | Hours | 75.00 | 600.00 |
| 3.000 | Hours Travel Time | 75.00 | 225.00 |

Federal Tax ID#: 74-2931630

| | |
|---|---|
| Subtotal | 825.00 |
| Sales Tax | |
| Total Invoice Amount | 825.00 |
| Payment Received | |
| TOTAL | 825.00 |

We greatly appreciate doing business with you, our most valued customer!
Please visit our website at www.translateservices.com

# Davila & Associates, Inc.
4900 North 23rd Street
McAllen, TX 78504
USA

Voice: (956) 630-1995
Fax: (956) 682-1739
Email: info@translateservices.com

Sold To: Lisa S. Brodyaga

17891 Landrum Park Road
San Benito, TX 78586

956-421-3226

# Invoice

Invoice Number: 7846

Invoice Date: November 25, 2002

Please make necessary corrections to Contact Name, Address, and Phone Number.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1741 | | Payment due upon receipt |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | 11/21/02 - Interpreting Services Rendered - Enrique Galan | | |
| | Judge Tagle | | |
| 2.500 Hours | | 75.00 | 187.50 |

Federal Tax ID#: 74-2931630

| | |
|---|---|
| Subtotal | 187.50 |
| Sales Tax | |
| Total Invoice Amount | 187.50 |
| Payment Received | |
| TOTAL | 187.50 |

We greatly appreciate doing business with you, our most valued customer!
Please visit our website at www.translateservices.com