## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _Dahimadi_

| | | |
|---|---|---|
| ENRIQUE GALAN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | CIVIL ACTION NO. B-01-209 |
| | § | |
| JOHN D. ASHCROFT, UNITED STATES | § | |
| ATTORNEY GENERAL | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED, that on November 22, 2002, the Court considered whether the plaintiff, Enrique Galan, has satisifed the requirements for acquisition of citizenship.

In order to acquire citizenship pursuant to INA § 301(a)(7), 8 U.S.C. § 1401(a)(7) (1952), the plaintiff must establish by a preponderance of evidence, that prior to his birth on December 22, 1955, his mother Cleofas Galan, was physically present in the United States of America for a period or periods totaling not less than ten years, at least five of which were after March 25, 1943, when she attained the age of fourteen years.

The Court held a hearing that began on November 21, 2002, and ended the following day of November 22, 2002. At the close of evidence, the Court ruled that the plaintiff had in fact carried his burden.

Therefore, the Court finds that the plaintiff, Enrique Galan, has met his burden of proof, by a preponderance of the evidence, that prior to his birth on December 22, 1955, his mother, Cleofas Galan, was physically present in the United States of America for a period or periods totaling not less than ten years, at least five of which were after March 25, 1943, when she attained the age of fourteen. The Court therefore

1

concludes that the plaintiff has acquired United States citizenship pursuant to INA § 301(a)(7), 8 U.S.C. § 1401(a)(7) (1952).  **IT IS SO ORDERED**.


DONE at Brownsville, Texas, this 30 day of September, 2004.


_____
Hilda G. Tagle
United States District Judge

2